ELIZABETH B. COLT, Appellant, *v.* HARRIS D. COLT, Respondent.

*Colt* v. *Colt*, 169 App. Div. 936, affirmed.
(Argued November 23, 1917; decided December 18, 1917.)

APPEAL from a judgment, entered August 12, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming a judgment in favor of defendant entered upon failure to

amend the complaint after affirmance by said Appellate Division of an order of Special Term sustaining a demurrer to the complaint which alleged that plaintiff is the wife of defendant and that since May ·7, 1910, defendant had failed to provide her necessaries and comforts suitable to her condition and to the pecuniary ability and resources of the defendant and that because the defendant had failed and refused so to do, the plaintiff was obliged to and had furnished board, main- . tenance, clothing and other necessaries and comforts for herself, and had paid therefor, to the damage of her separate estate, the sum of $30,000. Defendant demurred upon the ground that it appeared upon the face thereof that the complaint did not state facts sufficient to constitute a cause of action. The Special Term held: " It does not appear from the complaint that the defendant is under any obligation to support the plaintiff while she is living apart from him."

*Theodore B. Chancellor* for appellant.
*George F. Lewis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.